UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JUAN CARLOS ALFONSO GONZALEZ,

     Petitioner,

v.                                 Case No. 3:26-cv-609-JEP-MCR

WARDEN, BAKER COUNTY DETENTION
CENTER and U.S. ATTORNEY GENERAL,

     Respondents.

---

## **ORDER**

Petitioner Juan Carlos Alfonso Gonzalez, an immigration detainee, initiated this action by filing a pro se Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1). Petitioner, a citizen of Cuba, asserts that United States Immigration and Custom Enforcement ("ICE") detained him on September 3, 2025, and he remains in ICE custody. Id. at 2. The Federal Respondent (Attorney General of the United States) filed a response. Doc. 5.

In the petition, Petitioner argues that his prolonged detention violates due process under Zadvydas v. Davis, 533 U.S. 678 (2001). Doc. 1 at 4–5. He also argues that the revocation of his order of supervision ("OSUP") and resulting re-detention without new facts is arbitrary and unconstitutional

because he received no due process or opportunity to contest his re-detention. Id. at 5–6. He asks the Court to order his immediate release. Id. at 7.

In the response, the Federal Respondent argues that Petitioner's Zadvydas claim does not have merit because Petitioner has failed to cooperate with removal efforts. Doc. 5 at 8–10. The Federal Respondent, however, does not address Petitioner's contention that ICE improperly revoked his OSUP. Therefore, by **April 15, 2026**, the Federal Respondent shall file a supplemental response addressing Petitioner's claim regarding the revocation of his OSUP. Petitioner shall file a reply by **April 29, 2026**.

**DONE AND ORDERED** in Jacksonville, Florida, on this 13th day of April, 2026.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

c:     Juan Carlos Alfonso Gonzalez
       Counsel of record

2